**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF LOUISIANA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **MedComp Sciences, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-0813188** |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **20203 McHost Road**<br>**Zachary, LA 70791**<br>Number, Street, City, State & ZIP Code | **P.O. Box 800**<br>**Zachary, LA 70791**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **East Baton Rouge**<br>County | **Location of principal assets, if different from principal place of business**<br><br>Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **https://medcompsciences.com/**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor  **MedComp Sciences, LLC**
_____          Case number (*if known*) _____
Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

____6215____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

| Debtor | **MedComp Sciences, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | | Relationship | |
| District | | When | Case number, if known | |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **MedComp Sciences, LLC** _____    Case number (*if known*) _____
          Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Debtor | **MedComp Sciences, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 22, 2023**
MM / DD / YYYY

**X** **/s/ Brad Schaeffer**                 **Brad Schaeffer**
Signature of authorized representative of debtor          Printed name

Title    **Authorized Representative**

**18. Signature of attorney**

**X** **/s/ Ryan J. Richmond**                 Date **August 22, 2023**
Signature of attorney for debtor                MM / DD / YYYY

**Ryan J. Richmond**
Printed name

**Sternberg, Naccari & White, LLC**
Firm name

**450 Laurel Street**
**Suite 1450**
**Baton Rouge, LA 70801**
Number, Street, City, State & ZIP Code

Contact phone    **(225) 412-3667**          Email address    **ryan@snw.law**

**30688 LA**
Bar number and State

DocuSign Envelope ID: 0E67D0B7-2E6F-4D2D-9DB0-9BE7A43AF869

# UNANIMOUS WRITTEN CONSENT
## OF
## THE MEMBERS
## OF
## MEDCOMP SCIENCES, LLC

The undersigned, Regrey, LLC, Freedom Business Solutions, LLC, MKS Services, LLC and LJG 32, LLC, through their members, being the sole members of MedComp Sciences, LLC (the "Company"), hereby agree and consent to the adoption of the following resolutions (the "Resolutions") effective as of August 18, 2023:

RESOLVED that, the undersigned, who are the sole members of the Company and who represent 100% of the Company's voting interests, have determined that it is advisable and in the best interests of the Company that the Company file a voluntary petition seeking relief under Subchapter V of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"), in which reorganization of the Company will be sought; and the filing of such petition be, and it hereby is, authorized in all respects.

RESOLVED that Brad Schaffer be and is hereby appointed as the authorized signatory (the "Authorized Signatory") of the Company in connection with the Subchapter V proceedings authorized herein.

RESOLVED that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute, deliver and verify or certify a petition under Subchapter V of Chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Middle District of Louisiana (the "Bankruptcy Court") at such time as the Authorized Signatory executing the same shall determine.

RESOLVED, that the Authorized Signatory be, and is hereby authorized, empowered and directed for, and in the name of, and on behalf of, the Company to execute and file all petitions, schedules, lists, pleadings and other papers, and any amendments or modifications of the above, and to take any and all actions that the Authorized Signatory may deem necessary, proper or desirable in connection with the Subchapter V case.

RESOLVED, that Sternberg, Naccari & White, LLC ("Sternberg") be and it is hereby employed to render legal services to, and to represent the Company in connection with the Subchapter V bankruptcy case as set forth in Sternberg's engagement agreement and any other related matters in connection therewith, on such terms as the Authorized Signatory shall approve.

DocuSign Envelope ID: 0E67D0B7-2E6F-4D2D-9DB0-9BE7A43AF869

**RESOLVED**, that the Company shall provide Sternberg with a retainer of $11,738.00, which consists of a legal services retainer of $10,000.00 for Sternberg's attorneys' fees and costs and the applicable Chapter 11 filing fee of $1,738.00.

**RESOLVED**, that an Authorized Signatory be, and is hereby authorized, empowered, and directed for, on behalf of, and in the name of, the Company to retain and employ other attorneys, investment bankers, accountants, restructuring professionals, financial advisors, and other professionals to assist in the Company's Chapter 11 case on such terms as are deemed necessary, proper, or desirable.

**RESOLVED**, that the Authorized Signatory and any employees or agents (including counsel) designated by or directed by the Authorized Signatory, be, and is hereby authorized, empowered and directed to cause the Company to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities certificates or other documents, and to take such other actions, as in the judgment of an Authorized Signatory shall be necessary, proper, desirable and consistent with the foregoing resolutions and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to cause all fees, costs and expenses related to the consummation of the transactions contemplated by the foregoing resolutions, which any of the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the payment of such fees, costs and expenses being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be, and is hereby authorized, empowered and directed to execute and deliver any and all documents and instruments deemed necessary or appropriate by the Authorized Signatory, and to take any and all such further action, in the name of and on behalf of the Company, which the Authorized Signatory determines to be necessary or appropriate in order to effectuate the general intent of the foregoing resolutions, the signature of the Authorized Signatory being conclusive evidence of such authority.

**RESOLVED** that the Authorized Signatory be and is hereby authorized, empowered and directed for, and on behalf of, and in the name of, the Company to amend, supplement, or otherwise modify from time to time the terms of any documents, certificates, instruments, agreements or other writings referred to in the foregoing Resolutions.

**RESOLVED**, that all actions heretofore or hereafter taken by the Authorized Signatory, employee, or agent (including counsel) of the Company within the terms

of the foregoing resolutions be and they are hereby ratified, confirmed, authorized, and approved as the act and deed of the Company.

**RESOLVED**, that the Authorized Signatory, be, and is hereby authorized and empowered to certify on behalf of the Company, as to all matters pertaining to the acts, transactions or agreements contemplated in any of the foregoing resolutions.

**RESOLVED**, that the undersigned members acknowledge and agree that Sternberg has made no promise or guarantee regarding the outcome of any legal matter.

**RESOLVED**, that the undersigned members acknowledge that Sternberg does not represent them, individually, but rather that Sternberg represents the Company, a separate and distinct juridical person, and thus, it may be in undersigneds' best interests to retain separate legal counsel, individually.

**RESOLVED**, that the undersigned members are aware of and acknowledge that they may be the subject of actions under Chapter 5 of the Bankruptcy Code and/or non-bankruptcy law, and thus, it may be in their best interests to retain legal counsel, individually.

**RESOLVED**, that the undersigned members are aware of and acknowledge that the automatic stay under § 362(a) of the Bankruptcy Code does not extend to them, and thus, (i) creditors may pursue actions against them to the extent they are co-obligors or guarantors of the Company and (ii) if Company requests that Sternberg seek an extension of the automatic stay to the undersigned, the likelihood of obtaining such relief is extremely low because bankruptcy courts historically do not extend the automatic stay to non-debtors.

**READ AND AGREED TO**:

**REGREY, LLC**

_____
BRAD SCHAEFFER, 50% Member

Date: 8/18/2023 _____

_____
HEATHER SCHAEFFER, 50% Member

Date: 8/18/2023 _____

3

DocuSign Envelope ID: 0E67D0B7-256E-4D2D-9DB0-9BE7A42AF96B

**FREEDOM BUSINESS SOLUTIONS, LLC**

William T. Beasley, II
5ADF5FB2A4234FA...

Date: 8/18/2023

WILLIAMS T. BEASLEY, II, 100% Member


**MKS SERVICES, LLC**

kathleen Schaeffer
B829F4A2FD364C6...

Date: 8/18/2023

KATHLEEN SCHAEFFER, 50% Member

Milton Schaeffer
FE21716CFB8741B...

Date: 8/18/2023

MILTON SCHAEFFER, 50% Member


**LJG 32, LLC**

461A3CB4507C47B...

Date: 8/18/2023

LAWRENCE GLOZIER, 100% Member

4

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF LOUISIANA**
**(Local Form 1)**

In re __MedComp Sciences, LLC_____    Case No. _____
                                                    Debtor(s)

## MAILING LIST

### Verification

Penalties for making a false statement or for concealing property are a fine of up to $5000.00 or imprisonment for up to five (5) years, or both. (18 U.S.C. §152 and 3571).

### DECLARATION

**We declare under penalty of perjury that the foregoing mailing list, comprising __13__ pages, is true and correct. Signed on _August 22, 2023_.**

Signed:    **/s/ Brad Schaeffer**_____
           **Brad Schaeffer**
           **Authorized Representative**


Signed:    **/s/ Ryan J. Richmond**_____
           **Ryan J. Richmond**
           **Sternberg, Naccari & White, LLC**
           **450 Laurel Street**
           **Suite 1450**
           **Baton Rouge, LA 70801**
           Telephone: **(225) 412-3667**
           Facsimile: **(225) 286-3046**
           E-Mail: **ryan@snw.law**
           (ATTORNEY FOR THE DEBTOR)

Access Genetics, LLC
7400 Flying Cloud Drive
Suite 150
Eden Prairie, MN 55344

ADP, Inc.
1 ADP Boulevard
Roseland, NJ 07068

ADP, LLC
1 ADP Blvd.
Roseland, NJ 07068

Adrienne Aucoin
21400 MacHost Rd
Zachary, LA 70791

Aeon Clinical Laboratories
2225 Centennial Drive
Gainesville, GA 30504

Albert Bruno
c/o L.J. Hymel, Jr.
10602 Coursey Boulevard
Baton Rouge, LA 70816

Alex Strahan
c/o L.J. Hymel, Jr.
10602 Coursey Boulevard
Baton Rouge, LA 70816

Alltests North America LLC
15A Melanie Lane
Unit 6
East Hanover, NJ 07936

Alpha Labs LLC
3535 S. Sherwood Forest
Suite 251
Baton Rouge, LA 70816

American Express
P.O. Box 650448
Dallas, TX 75265

American Express
1801 NW 66th Avenue
Suite 103
Fort Lauderdale, FL 33313

American Proficiency Institute
Department 9526
PO Box 30516
Lansing, MI 48909-8016

American Proficiency Institute
1159 Business Park Drive
Traverse City, MI 49686

American Screening Corp
1651 East 70th Street
PMB 404
Shreveport, LA 71105

Amtrust North America
P.O. Box 6939
Cleveland, OH 44101-1939

Ann H. Halphen
Post Office Box 2471
Baton Rouge, LA 70821

Atlas Copco
DEPT. CH 19511
Palatine, IL 60055

Baton Rouge Water
P.O. Box 96025
Baton Rouge, LA 70896-9025

Baton Rouge Water Company
8755 Goodwood Blvd
Baton Rouge, LA 70806

Baton Rouge Water Company
Post Office Box 96016
Baton Rouge, LA 70896-9016

Becket and Lee LLP
P.O. Box 3002
Malvern, PA 19355-0702

Beckman Coulter
Dept. CH 10164
Palatine, IL 60055-0164

Blackline Systems
P.O. Box 841433
Dallas, TX 75284-1433

Brad & Heather Schaeffer
23434 Portwood Lane
Zachary, LA 70791

Bradley C. Meyers
P.O. Box 3513
Baton Rouge, LA 70821-3513

Breazeale, Sachse & Wilson, L.L.P
P.O. Box 3197
Baton Rouge, LA 70821

Breazeale, Sachse & Wilson, L.L.P.
301 Main Street
23rd Floor
Baton Rouge, LA 70825

Broadspire Services
PO Box 189080
Fort Lauderdale, FL 33318-9080

Brownstein Hyatt Farber Schrek LLP
675 15th Street
Suite 2900
Denver, CO 80202

Campbell Science
13947 S Bluff Rd
Rockton, IL 61072

Capital One
15000 Capital One Drive
Henrico, VA 23238

Capital One
P.O. Box 85617
Richmond, VA 23285

Capital One
P.O. Box 71083
Charlotte, NC 28272

Capital One
P.O. Box 60599
City of Industry, CA 91716

Capital One
P.O. Box 31293
Salt Lake City, UT 84131

Capital One Bank USA
15000 Capital One Drive
Richmond, VA 23238

Carroll Deveillier, Jr.
P.O. Box 3197
Baton Rouge, LA 70821

Charles Javance Strange
356 Edwards
West Monroe, LA 71292

Chase
P.O. Box 6294
Carol Stream, IL 60197

Chase
P.O. Box 94014
Palatine, IL 60094

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase
P.O. Box 15123
Wilmington, DE 19850-5012

Chase
P.O. Box 9001022
Louisville, KY 40290

City of Zachary
4650 Main Street
Zachary, LA 70791

Clay James Countryman
P.O. Box 3197
301 Main Street, Suite 2300
Baton Rouge, LA 70821

Cogency Global, Inc.
P.O. Box 3168
Hicksville, NY 11802

Cogency Global, Inc.
122 E 42nd Street
Floor 18
New York, NY 10168

College of American Pathologits
325 Waukegan Road
Winnetka, IL 60093

Colonial Life
P.O. Box 903
Columbia, SC 29202-0903

Consensus Cloud Solutions, LLC
PO Box 51873
Los Angeles, CA 90051

COX
P.O. Box 900180
Louisville, KY 40290-1080

Cox Business
P.O. Box 1259
Oaks, PA 19456

Cox Communications
7401 Florida Blvd
Baton Rouge, LA 70806

Cox Communications Baton Rouge
1400 Lake Hearn Drive, N.E.
Atlanta, GA 30319

Cox Communications, Inc.
6205-B Peachtree Dunwoody Road NE
Atlanta, GA 30328

Danielle Lauren Borel
301 Main Street, Suite 2300
P.O. Box 3197
Baton Rouge, LA 70821

Dawn Thomas
624 Oxon Hill Rd
Oxon Hill, MD 20750

DEMCO
16262 Wax Rd.
Greenwell Springs, LA 70739

DiaCarta Inc
4385 Hopyard Road
Suite 100
Pleasanton, CA 94588

DNA Genotek Inc.
3000 - 500 Palladium Drive
Ottawa, ON

Drug Testing Program Management
3022 Greenhill Blvd. NW
Fort Payne, AL 35968

East Baton Rouge Sheriff
P.O. Box 70
Baton Rouge, LA 70821

East Baton Rouge Sheriff's Office
c/o Civil-Tax Division
8900 Jimmy Wedell Drive
Baton Rouge, LA 70807

eClinical Works
P.O. Box 847950
Boston, MA 02284-7950

ECLINICALWORKS, LLC
110 Turnpike Road
Suite 308
Westborough, MA 01581

FedEx
PO Box 660481
Dallas, TX 75266

FedEx
3630 Hacks Cross Road
Memphis, TN 38125

FedEx
2200 Forward Drive
Harrison, AR 72601

FedEx
11855 N Harrells Ferry Road
Baton Rouge, LA 70816

Fisher Scienic Company L.L.C.
108 Lakeland Avenue
Dover, DE 19901

Fisher Scienic Company L.L.C.
168 Third Avenue
Waltham, MA 02451

Fisher Scientific Company LLC
PO Box 404705
Atlanta, GA 30384

Forman Watkins & Krutz LLP
210 East Capitol Street
Suite 2200
Jackson, MS 39201

Freedom Business Solutions, LLC
23963 Sunnyside Lane
Zachary, LA 70791

G & S Clinical Laboratory Associates
6012 Cypress Point Lane
Gonzales, LA 70737

GenPro, LLC
1009 Hwy 68
Jackson, LA 70748

Hacienda Oaks - Beeville
4173 Business US-181 N.
Beeville, TX 78102

Hancock Whitney
P.O. Box 4019
Gulfport, MS 39502

Hancock Whitney Bank
2510 14th Street
Gulfport, MS 39501

Hannis T. Bourgeois, LLP
2322 Tremont Drive
Baton Rouge, LA 70809

HealthTap, Inc.
2465 Latham Street
3rd Floor
Mountain View, CA 94040

Holly Santangelo
14006 Lovett Rd
Baton Rouge, LA 70818

Hughes Mechanical Contractors LLC
9210 Main Street
Zachary, LA 70791

Infinity Sciences, LLC
23963 Sunnyside Lane
Zachary, LA 70791

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Javid Janani
36092 Bluff Oaks Avenue
Prairieville, LA 70769

Jennifer Arceneaux
13930 Calcasieu Avenue
Baton Rouge, LA 70818

Jerry L. Stovall, Jr.
P.O. Box 3197
One American Place, 23rd Floor
Baton Rouge, LA 70821-3197

John Fowler
5744 Fennwood Drive
Zachary, LA 70791

Joshua Detre
3536 Spanish Trail E
Zachary, LA 70791

Kapitus
120 W. 45th Street
New York, NY 10036

Kathleen E. Peterson
9007 Highland Road
Unit #40
Baton Rouge, LA 70810

Knielie Meadows
2845 Country Club Road
Apt. 408
Lake Charles, LA 70605

L. Adam Thames
7911 Wrenwood Boulevard
Suite A
Baton Rouge, LA 70809

L.J. Hymel, Jr.
10602 Coursey Boulevard
Baton Rouge, LA 70816

Lawrence J. Glozier
109 St. Andrews Square
Bensenville, IL 60106

Life Technologies
12088 Collection Center Drive
Chicago, IL 60693

Lighthouse Lab Services, LLC
382 Raleigh Street
Holly Springs, NC 27540

Lighthouse Lab Services, LLC
201 Rue Beauregard
Suite 202
Lafayette, LA 70508

Linda G. Rodrigue
P.O. Box 3513
Baton Rouge, LA 70821-3513

Lisa Janani
36092 Bluff Oaks Avenue
Prairieville, LA 70769

Louisiana Department of Revenue
P.O. Box 66658
Baton Rouge, LA 70896-6658

Machost Road LLC
37283 Swamp Road
Suite 1201
Prairieville, LA 70769

MedComp Laboratory Sciences, LLC
20203 McHost Road
Zachary, LA 70791-7235

Medical Management & Billing Solutions
10523 N. Oak Hills Parkway
Suite B
Baton Rouge, LA 70810

Michael A. Grace
450 Laurel Street
8th Floor
Baton Rouge, LA 70801

Michael Reese Davis, Sr.
10602 Coursey Boulevard
Baton Rouge, LA 70816

Microbiologics, Inc.
200 Cooper Avenue North
Saint Cloud, MN 56303

Milton & Kathleen Schaeffer
47117 Willow Drive
Robert, LA 70455

Neurolab Healthcare Solutions
PO Box 1331
Estero, FL 33929

Office of the U.S. Trustee
Texaco Center, Suite 2110
400 Poydras Street
New Orleans, LA 70130

On Power Systems, Inc.
P.O. Box 95717
Chicago, IL 60694-5717

Optum Financial
11000 Optum Circle
5th Floor
Eden Prairie, MN 55344

Pax8
5500 South Quebec Street
Suite 350
Englewood, CO 80111

Philip N. Haddad, III
P.O. Box 561
Prairieville, LA 70769

Practice Fusion
24630 Network Place
Chicago, IL 60673-1246

Quantum Laboratories LLC
9534 Delcourt Drive
Baton Rouge, LA 70815

Ramil Meza
1241 Southeast Holman Ave
Dallas, OR 97338

RapidScale, Inc.
301 Hillsborough Street
Suite 1300
Raleigh, NC 27603-4275

Rebecca S. Helveston
P.O. Box 3197
Baton Rouge, LA 70821-3197

Regrey, LLC
23434 Portwood Lane
Zachary, LA 70791

Ryan M. Falgoust
10602 Coursey Boulevard
Baton Rouge, LA 70816

S & S Printing, LLC
11236 Cedar Park Avenue
Baton Rouge, LA 70809

Sage Intacct
PO Box 123237
Dept. 3237
Dallas, TX 75312-3237

Sanguinis PA
3413 Burnet Drive
Plano, TX 75025-4513

Securitas Technology Corp.
Dept. Ch 10651
Palatine, IL 60055

Southern Diagnostics Laboratory
340 East Parker Street
Baton Rouge, LA 70803

Stericycle Specialty Waste Solutions
P.O. Box 6575
Carol Stream, IL 60197-6575

Sysmex America, Inc.
577 Aptakisic Road
Lincolnshire, IL 60069

The Spine Diagnostic Center
10523 N. Oak Hills Pkwy.
Suite B
Baton Rouge, LA 70810

Tigerbytes IT Solutions
9818 Bluebonnet Blvd
Suite A
Baton Rouge, LA 70810

Tim Gray
201 St. Charles Avenue
Suite 2100
New Orleans, LA 70170

Timothy P. Hartdegen
10602 Coursey Boulevard
Baton Rouge, LA 70816

Trajan Scientific Americas, Inc.
1421 W Wells Branch Pkwy
Suite 108
Pflugerville, TX 78660

U.S. Attorney
Middle District of Louisiana
777 Florida Street, Suite 208
Baton Rouge, LA 70801

U.S. Securities & Exchange Comm.
Office of Reorganization
950 East Paces Ferry Road, Ste. 900
Atlanta, GA 30326-1382

U.S. Small Business Administration
365 Canal Street
Suite 2820
New Orleans, LA 70130

U.S. Small Business Administration
500 Poydras Street
Suite 828
New Orleans, LA 70130

U.S. Small Business Administration
200 West Santa Ana Blvd.
Suite 740
Santa Ana, CA 92701

United Parcel Service
55 Glenkake Pkwy., N.E.
Atlanta, GA 30328

United Parcel Service
3366 Riverside Drive
Suite 103
Columbus, OH 43221

UnitedHealthcare
Attn: Recovery Services
P.O. Box 740804
Atlanta, GA 30374-0804

UnitedHealthcare
4970 Bluebonnet Blvd.
Suite B
Baton Rouge, LA 70809

UnitedHealthcare
Attn: Recovery Services
P.O. Box 101760
Atlanta, GA 30392-1760

UnitedHealthcare
P.O. Box 30555
Salt Lake City, UT 84130

UnitedHealthcare
UHS Premium Billing
P.O. Box 959782
Saint Louis, MO 63195-9782

US Bank Card
P.O. Box 790408
Saint Louis, MO 63179-0408

VWR International LLC
P.O. Box 640169
Pittsburgh, PA 15264-0169

Waste Management of Louisiana, LLC
P.O. Box 43410
Phoenix, AZ 85080

William T. Beasley, II
23963 Sunnyside Lane
Zachary, LA 70791

Xerox Financial Services LLC
PO Box 202882
Dallas, TX 75320-2882

Xerox Financial Services LLC
PO Box 802555
Chicago, IL 60680

Zef Scientific, Inc.
10 Rancho Circle
Lake Forest, CA 92630

Zef Scientific, Inc.
9920 Pacific Heights Blvd.
Suite 150
San Diego, CA 92121

ZirMed Inc "Waystar"
1311 Solutions Center
Chicago, IL 60677-1311