**Fill in this information to identify the case:**

Debtor name: **MedComp Sciences, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF LOUISIANA

Case number (if known): **23-10554**

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐  *Schedule H: Codebtors* (Official Form 206H)
☐  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule* _____
■  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 22, 2023**      X **/s/ Brad Schaeffer**
                                      Signature of individual signing on behalf of debtor

                                      **Brad Schaeffer**
                                      Printed name

                                      **Authorized Representative**
                                      Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **MedComp Sciences, LLC**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF LOUISIANA**
Case number (if known): **23-10554**

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Access Genetics, LLC<br>7400 Flying Cloud Drive<br>Suite 150<br>Eden Prairie, MN 55344 | | | | | | $24,640.00 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | | | | | $22,329.79 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265 | | Kabbage loan | | | | $150,031.61 |
| Beckman Coulter<br>Dept. CH 10164<br>Palatine, IL 60055-0164 | | | | | | $27,186.78 |
| Capital One<br>15000 Capital One Drive<br>Henrico, VA 23238 | | | | | | $15,021.08 |
| Chase<br>P.O. Box 6294<br>Carol Stream, IL 60197 | | | | | | $89,174.40 |
| DNA Genotek Inc.<br>3000 - 500 Palladium Drive<br>Ottawa, ON | | | | | | $68,766.00 |
| East Baton Rouge Sheriff's Office<br>c/o Civil-Tax Division<br>8900 Jimmy Wedell Drive<br>Baton Rouge, LA 70807 | | | | | | $58,075.34 |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 1

Debtor **MedComp Sciences, LLC**
Name

Case number (if known) **23-10554**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| G & S Clinical Laboratory Associates<br>6012 Cypress Point Lane<br>Gonzales, LA 70737 | | | | | | $61,500.00 |
| Hannis T. Bourgeois, LLP<br>2322 Tremont Drive<br>Baton Rouge, LA 70809 | | | | | | $28,331.00 |
| HealthTap, Inc.<br>2465 Latham Street<br>3rd Floor<br>Mountain View, CA 94040 | | | | | | $24,160.12 |
| Kapitus<br>120 W. 45th Street<br>New York, NY 10036 | | | | | | $186,438.80 |
| Life Technologies<br>12088 Collection Center Drive<br>Chicago, IL 60693 | | | | | | $100,304.94 |
| Machost Road LLC<br>37283 Swamp Road<br>Suite 1201<br>Prairieville, LA 70769 | | | | | | $53,550.00 |
| Sanguinis PA<br>3413 Burnet Drive<br>Plano, TX 75025-4513 | | | | | | $38,839.58 |
| Securitas Technology Corp.<br>Dept. Ch 10651<br>Palatine, IL 60055 | | | | | | $37,726.12 |
| UnitedHealthcare<br>Attn: Recovery Services<br>P.O. Box 740804<br>Atlanta, GA 30374-0804 | | | | | | $19,824.96 |
| US Bank Card<br>P.O. Box 790408<br>Saint Louis, MO 63179-0408 | | | | | | $17,129.20 |
| Xerox Financial Services LLC<br>PO Box 202882<br>Dallas, TX 75320-2882 | | | | | | $18,069.70 |

Debtor **MedComp Sciences, LLC**
Name

Case number *(if known)* **23-10554**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zef Scientific, Inc.**<br>**10 Rancho Circle**<br>**Lake Forest, CA 92630** | | | | | | **$70,268.27** |